IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VOCALIFE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:19-cv-000123-JRG |
| | § | |
| AMAZON.COM, INC. AND | § | |
| AMAZON.COM LLC | § | |
| | § | |
| Defendants. | § | |
| | § | |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Vocalife" refers to Vocalife LLC
- "Amazon" refers Amazon.com, Inc. and Amazon.com LLC
- The "'049 Patent" refers to U.S. Patent No. RE 47,049
- The "Asserted Claims" refers collectively to Claims 1 and 8 of the '049 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

## QUESTION NO. 1:

Did Vocalife prove by a preponderance of the evidence that Amazon infringed ANY of the Asserted Claims?

Yes: ✓          No: _____

## QUESTION NO. 2:

Did Amazon prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

    Claim 1 of the '049 Patent    _No_

    Claim 8 of the '049 Patent    _No_

**If you answered NO to Question No. 1 OR YES to ALL the Asserted Claims listed in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

## QUESTION NO. 3

Did Vocalife prove by a preponderance of the evidence that Amazon willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: _____     No: ___✓___

**<u>If you answered NO to Question No. 1 OR YES to ALL the Asserted Claims listed in Question No. 2, then DO NOT answer Question No. 4a or 4b.</u>**

**<u>Answer Question No. 4a and 4b ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.</u>**

**QUESTION NO. 4a:**

What sum of money, if any, paid now in cash, has Vocalife proven by a preponderance of the evidence would compensate Vocalife for its damages resulting from infringement?

Answer in United States Dollars and Cents, if any:

$ _____5,000,000_____

## QUESTION NO. 4b:

Is the total amount you awarded in Question No. 4a a lump-sum representing damages for past and future sales, or is the amount you awarded in Question No. 4a a reasonable royalty for past sales only?

Check **one** of the following:

**Lump-sum** ✓

—OR—

**Reasonable Royalty for past sales** _____

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ____ day of October, 2020.

_____
**Jury Foreperson**