IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VOCALIFE LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:19-cv-00123-JRG |
| | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| AMAZON.COM, INC. and AMAZON.COM LLC, | § § § § | |
| Defendants. | § § § § | |

**AGREED MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TO RESPOND AND DEFENDANTS TO REPLY TO AMAZON'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
OF NON-INFRINGEMENT UNDER RULE 50(b) (DKT. 357)**

Plaintiff, Vocalife, LLC ("Vocalife" or "Plaintiff") and Defendants Amazon.com, Inc. and Amazon.com, LLC (collectively, "Amazon" or "Defendants") hereby stipulate and agree, with the Court's permission, to an extension of time for Vocalife to file its Opposition to Amazon's Motion for Judgment as a Matter of Law of Non-Infringement Under Rule 50(b) (Dkt. 357) from January 8, 2021 to on or before January 22, 2021.  Further, the Parties stipulate and agree, with the Court's permission, to an extension for Amazon to file its Reply from January 15, 2021 to on or before February 5, 2021 and an extension for Vocalife to file its Sur-Reply from January 22, 2021 to February 12, 2021.

The Parties do not file this Agreed Motion for purposes of delay, but rather to allow the Parties to adequately address the complexity of the issues associated with the pending Motion and in order that justice be done.

Dated:  December 22, 2020	Respectfully submitted,

	 /s/ *Vincent J. Rubino, III*	
	Alfred R. Fabricant
	NY Bar No. 2219392
	Email: afabricant@fabricantllp.com
	Peter Lambrianakos
	NY Bar No. 2894392
	Email : plambrianakos@fabricantllp.com
	Vincent J. Rubino, III
	NY Bar No. 4557435
	Email: vrubino@fabricantllp.com
	**FABRICANT LLP**
	230 Park Avenue, 3rd Floor W.
	New York, NY 10169
	Telephone: (212) 257-5797
	Facsimile: (212) 257-5796

	Samuel F. Baxter
	Texas State Bar No. 01938000
	sbaxter@mckoolsmith.com
	Jennifer L. Truelove
	Texas State Bar No. 24012906
	jtruelove@mckoolsmith.com
	**MCKOOL SMITH, P.C.**
	104 E. Houston Street, Suite 300
	Marshall, Texas 75670
	Telephone: (903) 923-9000
	Facsimile: (903) 923-9099

	***ATTORNEYS FOR PLAINTIFF***
	***VOCALIFE LLC***

/s/  Colin B. Heideman (With permission)
Jennifer H. Doan
State Bar No. 08809050
Email: jdoan@haltomdoan.com
Joshua R. Thane
State Bar No. 24060713
Email: jthane@haltomdoan.com
Kyle R. Akin
State Bar No. 24105422
Email: kakin@haltomdoan.com
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

Joseph R. Re, (SBN 134,479) (*Pro Hac Vice*)
joseph.re@knobbe.com
Joseph S. Cianfrani (SBN 196,186) (*Pro Hac Vice*)
joseph.cianfrani@knobbe.com
Colin B. Heideman (SBN 238,674) (*Pro Hac Vice*)
colin.heideman@knobbe.com
Alan G. Laquer (SBN 259,257) (*Pro Hac Vice*)
alan.laquer@knobbe.com
Jeremy A. Anapol (SNB 285,828) (*Pro Hac Vice*)
jeremy.anapol@knobbe.com
Kendall Loebbaka (SNB 285,908) (*Pro Hac Vice*)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email: sshamilov@fenwick.com
Ravi Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email: rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street

Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

TJ Fox
CA Bar No. 322938 (Admitted E.D. Tex.)
Email: tfox@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM LLC**

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on December 22, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

             */s/ Vincent J. Rubino, III*
             Vincent J. Rubino, III


**CERTIFICATE OF CONFERENCE**

 Pursuant to Local Rule CV-7(h), the undersigned certifies that Amy Park, counsel for Vocalife LLC, conferred with Colin Heideman, counsel for Amazon.com, Inc and Amazon.com, LLC, on the 22nd day of December, 2020.

             */s/ Vincent J. Rubino III*
             Vincent J. Rubino, III