IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VOCALIFE LLC, | § |
| | § |
|     *Plaintiff*, | § |
| | § |
| v. | §    CIVIL ACTION NO.  2:19-CV-00123-JRG |
| | § |
| AMAZON.COM, INC., AMAZON.COM LLC, | § |
| | § |
|     *Defendants*. | § |

## ORDER VACATING FINAL JUDGMENT

A jury trial commenced in this case on October 1, 2020, and on October 8, 2020, the jury reached and returned its unanimous verdict finding that Defendants Amazon.com, Inc. and Amazon.com LLC (together, "Amazon") infringed one or both of Claims 1 and 8 of U.S. Patent No. RE 47,049 (the "Asserted Claims"), and that the Asserted Claims were not invalid. (Dkt. No. 323.)  On November 13, 2020, the Court entered Final Judgment in Plaintiff Vocalife LLC's ("Vocalife") favor.  (Dkt. No. 343.)  The parties jointly moved for a stay of execution of Final Judgment pending resolution of all appeals, which the Court granted.  (Dkt. No. 348.)

Amazon moved for judgment as a matter of law ("JMOL") pursuant to Rule 50 seeking judgment of no induced infringement, which the Court denied.  (Dkt. No. 370).  Amazon appealed the Court's denial of JMOL on the issue of noninfringement, and the Court of Appeals for the Federal Circuit reversed.  (Dkt. No. 377.)  On October 7, 2022, the Federal Circuit's mandate issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.  (Dkt. No. 380.)  The time for Vocalife to seek review by the Supreme Court of the United States has passed, and the decision of the Federal Circuit is final.

In conformity with the Federal Circuit's mandate, in which the Circuit Court held there to be no infringement of the patent-in-suit, this Court hereby **VACATES** its prior judgment (Dkt. No. 343) and directs the Clerk to **CLOSE** this case.

**So ORDERED and SIGNED this 9th day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE